GOODWIN APARTMENT CORPORATION, Respondent, v. FRED KRONISH and Another, Individually and as Copartners, Trading by and under the Name and Style of KRONISH & WEINBERG, Defendants; FRED KRONISH, Appellant.— Order denying the motion of defendant Kronish to vacate the notice of examination reversed on the law and the facts and in the exercise of discretion, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, on the ground that it appears that the relations between defendant Weinberg and the plaintiff, of which he was the former president and of which his wife is now the president, make him in effect a party plaintiff; that he is not a hostile witness and his examination before trial is not necessary, and the application for his examination is not in good faith. He should be called as a witness on the trial. Lazansky, P. J., Hagarty, Tompkins and Davis, JJ., concur; Johnston, J., not voting.

In the Matter of the Application of EDGEMERE RENTING OFFICE, INC., for Refund of Certain Moneys Withheld by the Comptroller of the City of New York to Be Applied Towards Assessment for Benefit to Be Levied against Lot No. 49, Block No. 337, Benefit No. 4018, and Lot No. 48, Block No. 337, Benefit No. 4017, in the Final Decree in a Proceeding Entitled: " New York Supreme Court, Second Department. In the Matter of Acquiring Title by The City of New York for a Public Beach Extending from Jacob Riis Park to the Westerly Line of Beach 25th Street, in the Borough of Queens, City of New York." EDGEMERE RENTING OFFICE, INC., Appellant; THE COMPTROLLER OF THE CITY OF NEW YORK and THE CITY OF NEW YORK, Respondents.— Resettled order vacating and setting aside an order directing the comptroller of the city of New York to pay moneys withheld by him from awards for certain damage parcels, and denying appellant's motion for an order directing the payment of said moneys, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

In the Matter of the Application of GORDON D. MACDOUGALL for Reargument of Motion Heretofore Made on Behalf of ROSE REICHERT for Leave to Reopen the Proceeding Entitled: " In the Matter of the Application of the City of New York, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Baisley Boulevard (Locust Avenue-Oakfield Street) from New York Boulevard (Avenue) to Farmers Boulevard (Avenue) in the Borough of Queens, City of New York," in so far as it Affects Parcels Damage Nos. 16 and 17. THE CITY OF NEW YORK, Appellant; ROSE REICHERT, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and respondent's motion denied, with ten dollars costs. The Special Term was without power to amend the final decree by increasing the award to the respondent. (*Matter of City of New York* [*Northern Blvd.*], 242 App. Div. 839; *Matter of City of New York* [*Dickens Ave.*], 238 id. 850; affd., 262 N. Y. 699.) Hagarty, Tompkins, Davis and Johnston, JJ., concur; Lazansky, P. J., concurs in result.